UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ALLIED PILOTS ASSOCIATION,          )
                                    )
          Plaintiff,                )
                                    )
          v.                        )          Civil Action No. 09-0536   (PLF)
                                    )
AMERICAN AIRLINES, INC.,            )
                                    )
          Defendant.                )
_____)


ORDER AND JUDGMENT

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that [2] defendant's motion to dismiss the complaint, converted into a

motion for summary judgment, is GRANTED; it is

FURTHER ORDERED that [18] plaintiff's response to the Court's July 16, 2010

Order, which is at the plaintiff's request construed as a cross-motion for summary judgment, is

DENIED; it is

FURTHER ORDERED that judgment shall be entered for American Airlines,

Inc.; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the

docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

                                    /s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Court

DATE:   August 30, 2010